Jason N. Haycock (SBN 278983)
Jason.Haycock@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 9411
Telephone: +1 415 882 8200
Facsimile: +1 415.882.8220

Morgan T. Nickerson (*pro hac vice forthcoming*)
Morgan.Nickerson@klgates.com
K&L GATES LLP
One Congress Street, 29th Floor
Boston, MA 02114
Telephone: +1 617 261 3134
Facsimile: +1 617 261 3175

*Attorneys for Plaintiff*
NETGEAR, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Netgear, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Elitecom Technologies Corporation,<br><br>Defendant. | Civil Action No. 5:26-cv-5417<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE UNDER FED. R. CIV. P. 4(f)(3)** |

This Court, having considered Plaintiff Netgear, Inc.'s ("NETGEAR" or "Plaintiff") motion for an order permitting alternative service of process on Defendant Elitecom Technologies Corporation ("Elitecom" or "Defendant") under Federal Rule of Civil Procedure 4(f)(3)("Motion"), hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff may effect service on Defendant by sending the summons, complaint, and other required materials via service on Alan Lin at Elitecom.
2. Such service may be accomplished by emailing Alan Lin at his email address: alin@elitect.com.

Dated: ______________, 2026 By: _________________________
The Honorable Susan van Keulen
United States Magistrate Judge