Jason N. Haycock (SBN 278983)
Jason.Haycock@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 9411
Telephone: +1 415 882 8200
Facsimile: +1 415.882.8220

Morgan T. Nickerson (*pro hac vice forthcoming*)
Morgan.Nickerson@klgates.com
K&L GATES LLP
One Congress Street, 29th Floor
Boston, MA 02114
Telephone: +1 617 261 3134
Facsimile: +1 617 261 3175

*Attorneys for Plaintiff*
NETGEAR, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NETGEAR, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Elitecom Technologies Corporation,<br><br>Defendant. | Civil Action No. 5:26-cv-05417-SVK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Civil L.R. 6-1, 6-2] |

WHEREAS, Plaintiff NETGEAR, Inc. ("Plaintiff") filed its Complaint in this action;

WHEREAS, Defendant Elitecom Technologies Corporation ("Defendant") was served with the Summons and Complaint on September 17, 2026;

WHEREAS, Defendant is currently in the process of identifying and retaining California litigation counsel to represent it in this action;

WHEREAS, Plaintiff and Defendant have met and conferred and agreed to a 21-day extension of time for Defendant to answer, move, or otherwise respond to the Complaint, up to and including October 29, 2026;

WHEREAS, this extension will not alter the schedule for any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, that Defendant Elitecom Technologies Corporation's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including October 29, 2026.

IT IS SO STIPULATED.

Dated: October 7, 2026

By: */s/ Jason N. Haycock*
Jason N. Haycock
K. Taylor Yamahata
Morgan T. Nickerson (*pro hac forthcoming*)
*Attorneys for Plaintiff NETGEAR, Inc.*

By: */s/ Alin Lin*
Alin Lin
Chief Executive Officer
Elitecom Technologies Corporation

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendant Elitecom Technologies Corporation shall answer, move, or otherwise respond to Plaintiff's Complaint on or before October 29, 2026.

Dated: October 8, 2026

Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE